UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHERRY BLOSSOM SUSHI BOAT, et al.,<br><br>　　　　Defendants. | Case No. 5:16-cv-02808-HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court having been informed that defendants have settled the cross-claims, all previously scheduled deadlines and appearances are vacated.

**On or before June 30, 2017**, defendants shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, then defendants shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **July 11, 2017, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **July 3, 2017** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a

statement in response to this Order.

SO ORDERED.

Dated: May 18, 2017

                                                               
Howard R. Lloyd
United States Magistrate Judge

5:16-cv-02808-HRL Notice has been electronically mailed to:

Alan Sunmin Yee     alanyee@siegelyee.com

Monica Castillo     mcastillo@sch-lawfirm.net, abeggs@sch-lawfirm.net

Yoshito James Yamamoto     yoshito@yamamotolaw.pro